E-FILED 09-11-09

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OPI Products, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Beauty Treats International Co., Inc., a California corporation and Does 1 through 10, Inclusive<br><br>　　　　　Defendant. | Case No. CV09-05383 PSG (CWx)<br><br>[~~PROPOSED~~] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION<br><br>Assigned for All Purposes:<br>Judge Philip S. Gutierrez<br>Courtroom 790<br><br>Action Filed:　　July 23, 2009<br>Trial Date:　　　None |

　　　　Based upon the Stipulation signed by counsel for Plaintiff OPI Products, Inc. ("OPI") and counsel for Defendant Beauty Treats International Co., Inc. ("Beauty Treats") for a final resolution of this action, the Court believes this is a proper action to make a Final Judgment including a Permanent Injunction as part of a comprehensive settlement.

2912.010\9987

Therefore, IT IS ORDERED that:

Defendants Beauty Treats and its officers, employees, and all those in active concert or participation with any of them, are permanently restrained and enjoined from:

1. Using in commerce the bottle and label as embodied in the "Accused Product" shown in Exhibit A, for so long as the OPI Bottle Design Mark (USPTO Registration No. 3,569,558 ) is being used by OPI or any successor-in-interest, by itself or in connection with any other word, symbol or alphanumeric characters, in connection with the sale, offering for sale, distribution, or advertising of any goods or services which use is likely to cause confusion, or to cause mistake, or to deceive;

2. Reproducing, counterfeiting, copying, or colorably imitating the registered trademark "OPI" (USPTO Registration No. 2,300,077), for so long as the mark is being used by OPI or any successor-in-interest, and applying such reproduction, counterfeit, copy, colorable imitation to labels, sign, prints, packages, wrappers, receptacles, or advertisements intended to be used in commerce in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive;

3. Using in commerce any reproduction, counterfeit, copy, or colorable imitation of the "OPI Bottle Design Mark" for so long as the mark is being used by OPI or any successor-in-interest, by itself or in connection with any other word, symbol or alphanumeric characters, in connection with the sale, offering for sale, distribution, or advertising of any goods or services which use is likely to cause confusion, or to cause mistake, or to deceive;

1         4.      Reproducing, counterfeiting, copying, or colorably imitating the registered "OPI Bottle Design Mark", as embodied in the Accused Product, or otherwise, for so long as the mark is being used by OPI or any successor-in-interest and applying such reproduction, counterfeit, copy, colorable imitation to labels, sign, prints, packages, wrappers, receptacles, or advertisements intended to be used in commerce in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive.

          5.      Soliciting, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above Paragraphs 1 through 4.

          6.      By agreement of the parties, this order allows Beauty Treats to use its registered trademark shown below on goods other than nail polish, nail lacquer, or nail care products:



**Word Mark**      BT
**Registration Number** 3142244

**1**      7.      The Court shall retain jurisdiction to enforce the terms of the Settlement
**2** Agreement and the Permanent Injunction in this matter.

**4**      8.      All remaining claims between the parties in this matter are hereby
**5** dismissed with prejudice.

**7**      9.      Final judgment is hereby entered, with no award of monetary damages,
**8** and with each party responsible for its own costs and attorney fees.

**10**     So Ordered.

**12** Dated: **9/11/09**                    PHILIP S. GUTIERREZ
                                              Honorable Philip S. Gutierrez
                                              U.S. District Court Judge

Respectfully submitted by
Conkle, Kremer & Engel, PLC

 *s/William C. Conkle/s*
William C. Conkle
Attorneys for Plaintiff OPI Products, Inc.

2912.010\9987

-3-

[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

**EXHIBIT A**

